AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JAHZAIRE DENONIE GILLIAM<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:21-mj-00028

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 2, 2021_____ in the county of _____York_____ in the _____Middle_____ District of _____Pennsylvania_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Possession of a firearm as unlawful user of a controlled substance |
| 18 U.S.C. § 922(n) | Reciept of a firarm as a prohibited person |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of drug trafficking |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Anderson, Special Agent - ATFE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___3-3-21    12:26 pm___

Martin Carlson
*Judge's signature*

City and state: _____Harrisburg, Pennsylvania_____

Hon. Martin C. Carlson,  U.S. Magistrate Judge
*Printed name and title*